UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ABDUS SHAHID and HALIMA ANSARI,

                  ORDER
      Plaintiffs,                  03-CV-5228 (NGG)(LB)

   -against-

THE CITY OF NEW YORK,

      Defendant.

----------------------------------------------------------------X

GARAUFIS, District Judge.

On August 5, 2005, Magistrate Judge Lois Bloom issued a Report and Recommendation ("R&R") in the above-captioned action recommending that the Plaintiffs' amended complaint be dismissed because the amended complaint fails to state a claim upon which relief can be granted. The Plaintiffs submitted objections to the R&R dated August 11, 2005. Familiarity with the facts of the case and the holdings of the R&R is assumed.

In the R&R, Judge Bloom determined that the amended complaint: 1) failed to allege any custom, policy or practice that would give rise to municipal liability against the City of New York; and 2) failed to state a claim against Inspector Maldonado, even when liberally construing the complaint to include Maldonado as a named defendant. In their objections, the Plaintiffs largely reiterate the same factual allegations which are set forth in the amended complaint, and do not take issue with the legal reasoning in the R&R. Upon a full consideration of the Plaintiffs' objections and a *de novo* review of the R&R, this court adopts the R&R in its entirety. The Plaintiffs' amended complaint is dismissed. The Clerk of the Court is directed to close this

case and mail a copy of this order to the Plaintiffs.


SO ORDERED.

Dated:  August 22, 2005                             _/s/ Nicholas G. Garaufis_
       Brooklyn, N.Y.                              Nicholas G. Garaufis
                                                  United States District Judge