UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ABDUS SHAHID and HALIMA ANSARI,   JUDGMENT
                                  03-CV- 5228 (NGG)
                Plaintiffs,

   -against-

THE CITY OF NEW YORK,

                Defendant.
------------------------------------------------------------X

An Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on August 22, 2005, adopting the Report and Recommendation of Magistrate Judge Lois Bloom, dated August 5, 2005, after a *de novo* review of the record; and dismissing the plaintiffs' amended complaint in its entirety; it is

ORDERED and ADJUDGED that plaintiffs take nothing of the defendant; that the Report and Recommendation of Magistrate Judge Lois Bloom is adopted in its entirety; and that the plaintiffs' amended complaint is dismissed in its entirety.

Dated: Brooklyn, New York             Robert C. Heinemann
       August 22, 2005                Clerk of Court

                              By:     _____
                                      Terry Vaughn
                                      Chief Deputy Clerk
                                      for Operations